IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SAMMY SUNGBUM CHANG,** <br> **aka SUNG BUM CHANG,** <br><br> Petitioner, <br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | § § § § § § § § § § | Civil Action No. **3:17-CV-98-L** |

## ORDER

This habeas case, which was brought as a petition for writ of error coram nobis, was referred to United States Magistrate Judge Irma Carrillo Ramirez, who entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on January 13, 2017. The Report recommends that the court deny Petitioner's habeas petition and dismiss without prejudice this action for lack of jurisdiction. Alternatively, to the extent the petitioner is no longer in custody for purposes of 28 U.S.C. § 2255, the Report recommends the petition for writ of error coram nobis be denied. No objections were filed to the Report.

Having reviewed the Report and the record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's Petition for a Writ of Error Coram Nobis; and **dismisses without prejudice** this action for lack of jurisdiction.

**It is so ordered** this 21st day of February, 2017.

                                                Sam A. Lindsay
                                                United States District Judge

**Order – Solo Page**